IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

Z.R., FATHER OF L.L.R., A CHILD,

      Appellant,

 v.

                          Case No.  5D22-1943
                          LT Case No. 2020-DP-1492

C.P. AND W.E.,

      Appellees,

_____/

Decision filed April 6, 2023

Appeal from the Circuit Court
for Brevard County,
Charles M. Holcomb, Judge.

Z.R., Cocoa, pro se.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, of
Statewide Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem.

Scarlett G. Davidson, of Culmer &
Davidson, P.A., Rockledge, for
Appellees, C.P. and W.E.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., JAY and HARRIS, JJ., concur.